IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| VS. | ) CR. NO. 1:19-10013-STA<br>) |
| SANTOS PASTOR-PEREZ, | )<br>)<br>) |
| Defendant. | ) |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on June 25, 2019, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Santos Pastor-Perez, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, JULY 15, 2019 at 8:30 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 25th day of June, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT